Case 04-72914    Doc 36    Filed 02/29/08    Entered 02/29/08 09:40:23    Desc Main
                Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TODD M. MESSER & BRENDA MESSER                          Case Number: 04-72914
        12948 DEACON STREET                    SSN-xxx-xx-3025 & xxx-xx-0614
        COTTONDALE, AL  35453

                                                        Case filed on:      6/3/2004
                                                        Plan Confirmed on:  8/6/2004
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,810.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | TODD M. MESSER | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | STERLING FEDERAL BANK | 2,000.00 | 2,000.00 | 2,000.00 | 465.52 |
|  | Total Secured | 2,000.00 | 2,000.00 | 2,000.00 | 465.52 |
| 001 | STERLING FEDERAL BANK | 186.52 | 186.52 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 1,033.00 | 1,033.00 | 0.00 | 0.00 |
| 003 | AMERICASH LOANS LLC | 446.14 | 446.14 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 336.49 | 336.49 | 0.00 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 590.89 | 590.89 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FREEPORT HEALTH NETWORK | 562.30 | 562.30 | 0.00 | 0.00 |
| 011 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 719.03 | 719.03 | 0.00 | 0.00 |
| 014 | ROCKFORD BELL CREDIT UNION | 2,230.22 | 2,230.22 | 163.51 | 468.64 |
| 015 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 1,782.78 | 1,531.18 | 0.00 | 0.00 |
| 018 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | THE LAW OFFICE OF AL H. WILLIAMS | 1,625.18 | 1,625.18 | 0.00 | 0.00 |
| 020 | VERIZON WIRELESS - GREAT LAKES | 600.22 | 600.22 | 0.00 | 0.00 |
| 021 | AFNI/VERIZON | 151.91 | 151.91 | 0.00 | 0.00 |
| 022 | WILLIAM MESSER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,891.78 | 1,891.78 | 0.00 | 0.00 |
|  | Total Unsecured | 12,156.46 | 11,904.86 | 163.51 | 468.64 |
|  | Grand Total: | 15,520.46 | 15,268.86 | 3,552.51 | 934.16 |

Total Paid Claimant:      $4,486.67
Trustee Allowance:        $323.33          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   1.37             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008           By  /s/Heather M. Fagan